446

68 A.3d 328

Eric C. COLEMAN and Linda Coleman, Husband and Wife, Timothy G. Carroll, Individually and as Executor of the Estate of Louise Carroll, Deceased, Respondents

v.

Duane MORRIS, LLP and Kathleen M. Shay, Esquire, Petitioners.

Supreme Court of Pennsylvania.

June 13, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 13th day of June 2013, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner, is:

Does the limitation on damages in a legal malpractice action sounding only in contract set forth in *Bailey v. Tucker*, 533 Pa. 237, 252, 621 A.2d 108, 115 (1993)—which limited such damages to "the amount actually paid for the services plus statutory interest" in a case involving an underlying criminal representation—apply where the underlying representation is a civil one?